WILKES NATIONAL BANK v. HALVORSEN

No. 259P97

Case below: 126 N.C.App. 179

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

WILLIAMS v. DANAC, INC.

No. 281P97

Case below: 126 N.C.App. 229

Motion by both parties to withdraw petition for discretionary review allowed 23 July 1997.

WILMINGTON STAR-NEWS v. NEW HANOVER REGIONAL MEDICAL CENTER

No. 54PA97

Case below: 125 N.C.App. 174

Motion by third-party respondent (United Healthcare) to withdraw petition for discretionary review and dismiss appeal allowed 23 July 1997.